UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DANE PATRICK FITCH | CIVIL ACTION |
| VERSUS | NO. 13-6261 |
| JERRY LARPENTER ET AL. | SECTION "N" (2) |

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Findings and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Findings and Recommendation, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion.

Accordingly, IT IS ORDERED that the claims of Dane Patrick Fitch are DISMISSED WITH PREJUDICE for failure to prosecute.

New Orleans, Louisiana, this 28th day of February, 2014.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE